United States District Court
Southern District of Texas
**ENTERED**
October 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| IN RE CERTIFICATION FORM § | |
| FOR U VISA FOR MOVANT § | |
| SAIDA LIZETH NUNEZ RAMIREZ § | MISCELLANEOUS NO. 7:13-MC-746 |
| § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Movant Saida Lizeth Nunez-Ramirez's request for the Court to provide a certification form for her U visa application. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Peter E. Ormsby's Report and Recommendation entered as Docket Entry Number 3 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to counsel for Movant and counsel for the Government (in *United States v. Julio Enrique Santos*, 7:09-cr-1358).

SO ORDERED October 7, 2025, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge